39124. WRIGHT v. LANSDALE CLOTHES, INC.

FELTON, Chief Judge. The Supreme Court having reversed on certiorari the judgment of this court in *Wright v. Lansdale Clothes, Inc.*, 105 Ga. App. 142, 123 SE2d 668 (*Lansdale Clothes, Inc. v. Wright*, 217 Ga. 817, 125 SE2d 502), the original judgment of reversal rendered by this court is hereby vacated and the judgment of the trial court is affirmed.
*Judgment affirmed. Bell and Hall, JJ., concur.*
DECIDED MAY 22, 1962.

R. F. Duncan, for plaintiff in error.
John L. Westmoreland, John L. Westmoreland, Jr., contra.